**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01251-CR

**RAYMOND ANTHONY WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81913-2011**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Mitchell Nolte; (3) counsel's explanation for the delay in filing the brief is that he miscalendared the due date; and (4) counsel will file appellant's brief by March 12, 2014.

We **ORDER** appellant to file his brief by **MARCH 12, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/ LANA MYERS
   JUSTICE